IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ICON STRUCTURES, INC.,** )<br>)<br>    **Plaintiff/Counterclaim Defendant,** )<br>)<br>v. )<br>)<br>**84 LUMBER COMPANY, L.P.,** )<br>)<br>    **Defendant/Counterclaim Plaintiff,** )<br>)<br>and )<br>)<br>**84 LUMBER COMPANY, L.P.,** )<br>)<br>    **Third-Party Plaintiff,** )<br>)<br>v. )<br>)<br>**TRUSS OPS NORTH, LLC** )<br>**d/b/a LATCO TRUSS,** )<br>)<br>    **Third-Party Defendant.** ) | Case No.: 6:19-cv-01009-JWB-TJJ |

### LATCO'S FINAL WITNESS DISCLOSURES

Third-Party Defendant Truss Ops North, LLC d/b/a Latco Truss (hereafter "Latco"), by and through undersigned counsel, and pursuant to Fed. R. Civ. Pro. 26(a)(3)(A), provides the following as its Final Witness List:

**Witnesses Latco expects to testify live**:

1. Brian Campbell (expert). Mr. Campbell is expected to testify regarding his evaluation of the trusses manufactured by Latco, plaintiff's claims with respect to the alleged truss problems and other facts relevant to the trusses, the shop drawing review/approval process and claims of plaintiff. He will testify that the trusses were structurally sufficient and the removal of the trusses and roof structures was unwarranted. He is further expected to testify regarding

causation and the extent of plaintiff's claimed damages consistent with the opinions set forth in his report.

2.  Todd Hamilton. Mr. Hamilton is the General Manager for Latco. Mr. Hamilton is expected to testify regarding his involvement and knowledge regarding the trusses for the Primrose Project, his interactions and communications with the parties in this case, and others involved with the procuring of the trusses, and plaintiff's claimed problems and complaints with the trusses. He is further expected to testify regarding his knowledge of the facts pertinent to plaintiff's claims.

3.  James Lerman. Mr. Lerman is a truss designer for Latco. Mr. Lerman is expected to testify regarding his involvement and knowledge regarding the trusses for the Primrose Project, his interactions and communications with the parties in this case, and others involved with the procuring of the trusses, and plaintiff's claimed problems and complaints with the trusses. He is further expected to testify regarding his knowledge of the facts pertinent to plaintiff's claims.

4.  Eric Black. Mr. Black is a sales representative for Latco. Mr. Black is expected to testify regarding his involvement and knowledge regarding the trusses for the Primrose Project, his interactions and communications with the parties in this case, and others involved with the procuring of the trusses, and plaintiff's claimed problems and complaints with the trusses. He is further expected to testify regarding his knowledge of the facts pertinent to plaintiff's claims.

**Witnesses Latco reserves the right to call to testify**:

5.  Bryan Wunsch

6.  Brandon Wilson

7.  Chris Eddy

8. Chris Ford

9. Arjun Amaran

**The following individuals will testify via deposition:**

10. Aaron Becker

11. Robert Davis

Latco hereby reserves the right to call live or read deposition testimony of any individuals identified by the plaintiff and/or defendant on their witness lists.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

*/s/ John E. Franke*
JOHN E. FRANKE          KS #13539
DANIELLE M. UZELAC      KS #26533
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 (Fax)
*jfranke@fsmlawfirm.com*
*duzelac@fsmlawfirm.com*
**Attorneys for Third-Party Defendant
Truss Ops North, LLC d/b/a Latco Truss**

**CERTIFICATE OF SERVICE**

  It is hereby certified that a copy of the above and foregoing was electronically filed with the Clerk of the Court through the CM/ECF system and sent via e-mail this 19th day of January, 2021, to:

Tony Shapiro
Gordon Rees Scully Mansukhani, LLP
8101 College Blvd., Suite 100
Overland Park, KS 66210
P: 816-303-0815
F: 913-945-1101
*tshapiro@grsm.com*
**Attorney for Defendant/Counterclaim Plaintiff/
Third-Party Plaintiff 84 Lumber Company, L.P.**

Amy Fellows Cline
Triplett Woolf Garretson, LLC
2959 North Rock Rd., Ste. 300
Wichita, KS 67226-5100
P: 316-630-8100
F: 316-630-8101
*amycline@twgfirm.com*
**Attorneys for Plaintiff/Counterclaim Defendant**

*/s/ John E. Franke*
**Attorney for Third-Party Defendant
Truss Ops North, LLC d/b/a Latco Truss**