### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ICON STRUCTURES, INC. ) | |
| ) | |
| Plaintiff/Counterclaim Defendant ) | Case No. 6:19-cv-1009-JWB-TJJ |
| ) | |
| v. ) | |
| ) | |
| 84 LUMBER COMPANY, L.P. ) | |
| ) | |
| Defendant/Counterclaimant/ ) | |
| Third-Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| TRUSS OPS NORTH, LLC ) | |
| d/b/a LATCO TRUSS ) | |
| ) | |
| Third-Party Defendant ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Come Now Plaintiff/Counterclaim Defendant Icon Structures, Inc., Defendant/ Counterclaimant/Third-Party Plaintiff 84 Lumber Company, L.P., and Third-Party Defendant Truss Ops North, LLC d/b/a Latco Truss, and stipulate and agree that the above-captioned action and all claims, counterclaims, and third-party claims asserted in such action are voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

Gordon Rees Scully Mansukhani, LLP

By: */s/ Tony Shapiro*
Tony Shapiro, KS No. 17965
8826 Santa Fe Drive, Ste. 110
Overland Park, KS  66212
(913) 491-1120
(913) 491-1122 (fax)
tshapiro@grsm.com
*Attorneys for Defendant/Counterclaimant/*
*Third-Party Plaintiff 84 Lumber Company, L.P.*


Franke Schultz & Mullen, P.C.

By: */s/ Danielle Uzelac*
Danielle Uzelac, KS No. 26533
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100
(816) 421-7915 (fax)
duzelac@fsmlawfirm.com
*Attorneys for Third-Party Defendant*
*Truss Ops North, LLC d/b/a Latco Truss*


Triplett Woolf Garretson, LLC

By: */s/ Jeff Leonard*
Jeff Leonard, KS No. 14905
2959 N. Rock Road, Suite 300
Wichita, Kansas 67226
316-630-8100
316-630-8101 (fax)
jdleonar@twgfirm.com
*Attorneys for Plaintiff/Counterclaim*
*Defendant Icon Structures, Inc.*


**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021 the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Tony Shapiro*
Tony Shapiro

2